UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA SPERRY          :
                       :
*Plaintiff,*           :
v.                     : CASE:    1:07-CV-02177
                       : ASSIGNED TO: HUVELLE, ELLEN S.
LIBERTY LIFE ASSURANCE COMPANY : ASSIGN. DATE: 11/30/2007
OF BOSTON              : DESCRIPTION: LABOR - ERISA
                       :
*Defendant.*           :

## AFFIDAVIT OF SERVICE

I, CHARLES F. FULLER, being first duly sworn on oath, depose and state that I am over eighteen (18) years of age, that I have personal knowledge of and am competent to testify to the following:

1. That I am the attorney for the Plaintiff in the above-captioned matter.

2. That on December 17, 2007, I caused a Writ of Summons, Complaint, Attorney/Participant Registration Form and Notice of Right to Consent to Trial Before United States Magistrate Judge to be served upon Corporation Services Co., 1090 Vermont Ave., N.W., Suite 430, Washington, DC 20005 by certified mail return receipt requested. The postmark on the return receipt clearly shows that service was made on December 17, 2007. (See original return receipt, attached hereto as Exhibit A).

**FURTHER AFFIANT SAITH NOT:**

I hereby affirm under penalty of perjury that the foregoing is true and accurate to the best of my personal knowledge, information, and belief.

12/19/07
DATE

CHARLES F. FULLER

\\Mds\client_lit\Sperry, Sandra\Pleadings\Affidavit of Service.doc

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/17/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>CORPORATION SERVICES CO.<br>1090 VERMONT AVE., NW<br>SUITE 430<br>WASHINGTON, D.C. 20005 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7007 0710 0002 0093 5449 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

EXHIBIT A