UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA SPERRY,  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>LIBERTY LIFE ASSURANCE COMPANY  )<br>OF BOSTON,  )<br>  )<br>       Defendant.  )<br>  ) | Civil Action No. 07-2177 (ESH) |

**ORDER**

While proof of service of process in this case was accomplished on December 28, 2007, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 9th day of January, 2008, hereby

**ORDERED** that by no later than January 29, 2008, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

                                                                 /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: January 9, 2008