IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SANDRA SPERRY,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 07-2177 (ESH) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \*

## LIMITED ENTRY OF APPEARANCE

Please enter the appearance of the undersigned for the limited purpose of counsel's agreeing to the Stipulation Regarding Deadline For Filing Of Responsive Pleading.

/s/
**H. MARK STICHEL**
D.C. Bar No. 503038
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
(410) 752-1658
(410) 752-2519 (facsimile)

Attorney for Liberty Life Assurance Company of Boston, Defendant.

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing paper was served this 10th day of January, 2008, upon counsel of record via the Court's ECF system.

_____/s/_____
H. Mark Stichel