IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **SANDRA SPERRY,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 07-2177 (ESH) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \*

## STIPULATION REGARDING DEADLINE FOR FILING OF RESPONSIVE PLEADING

Sandra Sperry ("Ms. Sperry"), Plaintiff, and Liberty Life Assurance Company of Boston ("Liberty Life"), Defendant, by their respective counsel hereby stipulate:

1. Liberty Life was served with the Summons and Complaint in the above-captioned action on December 18, 2007. Liberty Life's responsive pleading was due on January 7, 2008.

2. On January 4, 2008, undersigned counsel for Liberty Life requested that undersigned counsel for Ms. Sperry grant Liberty Life a two-week extension to respond to the Complaint due to the fact that the voluminous administrative record in the matter had not been received by undersigned counsel for Liberty Life until January 3, 2008. Ms. Sperry's Counsel consented to the request.

3. Counsel for all parties have agreed that the date for Liberty Life's filing a responsive pleading shall be extended to Tuesday, January 22, 2008.

**[signatures on following page]**

McChesney & Dale, P.C.

By: /s/
**Charles F. Fuller**
D.C. Bar No. 406085
4000 Mitchellville Road
Suite 222B
Bowie, Maryland 20716
Telephone: 301-805-6080
Telecopy: 301-805-6086

Attorneys for Sandra Sperry, Plaintiff


Gohn, Hankey & Stichel, LLP

By: /s/
**H. Mark Stichel**
D.C. Bar No. 503038
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Telephone: 410-752-1658
Telecopy: 410-752-2519

Attorneys for Liberty Life Assurance Company
of Boston, Defendant.


IT IS, THIS 10 DAY OF JANUARY, 2008, SO ORDERED:

/s/ Ellen S. Huvelle
**THE HONORABLE ELLEN SEGAL HUVELLE**
United States District Judge