**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SANDRA SPERRY,** | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 07-2177 (ESH) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | * |
| | * |
| Defendant. | * |
| *   *   *   *   *   * | |

DISCLOSURE PURSUANT TO LOCAL CIVIL RULE 7.1 AND RULE 7.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE

I, the undersigned counsel of record for Liberty Life Assurance Company of Boston, certify that to the best of my knowledge and belief, the following are parents companies, subsidiaries or affiliates of Liberty Life Assurance Company of Boston that may have any securities outstanding in the hands of the public:

Liberty Life Assurance Company of Boston is owned 100% by Liberty Life Holdings Inc., whose ultimate parent is Liberty Mutual Holding Company Inc. The parent corporations of Liberty Life Assurance Company of Boston are: Liberty Mutual Holding Company Inc.; LMHC Massachusetts Holdings Inc.; Liberty Mutual Group Inc.; Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; and Liberty Life Holdings Inc.

These representations are made in order that the judges of this Court may determine the need for recusal.

                    /s/
**H. MARK STICHEL**
D.C. Bar No. 503038
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
(410) 752-1658
(410) 752-2519 (facsimile)

Attorney of Record for Liberty Life
 Assurance Company of Boston, Defendant