IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA SPERRY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 07-2177 (ESH) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | * | |
| | * | |
| Defendant. | * | |
| * * * * * * | | |

## STIPULATION OF DISMISSAL

Sandra Sperry ("Sperry), Plaintiff, and Liberty Life Assurance Company of Boston ("Liberty Life"), Defendant, by their respective attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the present action shall be dismissed with prejudice. Ms. Sperry and Liberty Life further stipulate that all parties shall bear their own costs and attorneys' fees.

**McChesney & Dale, P.C.**

**By:** _____/s/_____
**Charles F. Fuller**
D.C. Bar No. 406085
4000 Mitchellville Road
Suite 222B
Bowie, Maryland 20716
Telephone: 301-805-6080
Telecopy: 301-805-6086

Attorneys for Sandra Sperry, Plaintiff

[signatures continued on following page]

**Gohn, Hankey & Stichel, LLP**

**By:** /s/
**H. Mark Stichel**
D.C. Bar No. 503038
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Telephone:  410-752-1658
Telecopy:  410-752-2519

Attorneys for Liberty Life Assurance Company
 of Boston, Defendant.